United States District Court
Southern District of Texas

**ENTERED**
September 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| American Southern Insurance Company, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-1382 |
| Assurance Resources, Inc., *et al.*, | § § § | |
| Defendants. | § | |

## Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice.

Signed on September 23, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge